UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RICHARD ENRIQUE ULLOA, | : |
| Petitioner, | : |
| v. | : Civil Action No. 10-1383 (RWR) |
| JAMES L. CAMPBELL, | : |
| Respondent. | : |

**DISMISSAL ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

ORDERED that the Petition for Emergency Writ of Habeas Corpus is DENIED; and it is

FURTHER ORDERED that this civil action is DISMISSED.

This is a final appealable Order.

SO ORDERED.

Signed this 31st day of August, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　RICHARD W. ROBERTS
　　　　　　　　　　　　　　　　　　　　United States District Judge